IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALEXYS VARGAS, ON BEHALF OF HERSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED; AND CANDICE DESROSIERS, | § § § § § | SA-19-CV-00910-FB |
| *Plaintiffs,* | § § | |
| vs. | § § | |
| GLENN WILLIAMS, SACOLO LTD., | § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court in the above-styled cause of action are the following two motions: the parties' Joint Motion to Stay and to Refer to Binding Arbitration [#37] and Defendants' Unopposed Motion to Withdraw Defendants' Motion for Attorney's Fees [#38]. By their motions, the parties inform the Court that they have agreed that all disputes in this lawsuit should be referred to binding arbitration. The parties therefore ask the Court to compel arbitration, dismiss Defendants' motion for attorney's fees, and stay this case pending the outcome in arbitration. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Say and to Refer to Binding Arbitration [#37] and Defendants' Unopposed Motion to Withdraw Defendants' Motion for Attorney's Fees [#38] are **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Attorney's Fees [#25] is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Initial Pretrial Conference scheduled for October 30, 2019 at 10:00 a.m. is **CANCELED**.

1

**IT IS FURTHER ORDERED** that the hearing on Defendant's Motion for Attorney's Fees set for November 1, 2019 at 1:00 p.m. is **CANCELED**.

**IT IS FURTHER ORDERED** that this case is **REFERRED** to binding arbitration before Greg Bourgeois.

**IT IS FINALLY ORDERED** that this case is **STAYED** pending the outcome of the arbitration.

SIGNED this 29th day of October, 2019.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE